**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| MOHAMMED KAMRUL-ISLAM, | |
|---|---|
| Petitioner, | CIVIL ACTION NO. 3:16-CV-2566 |
| v. | (JUDGE CAPUTO) |
| CRAIG LOWE, et al., | (MAGISTRATE JUDGE SCHWAB) |
| Respondents. | |

## ORDER

Presently before the Court is Magistrate Judge Schwab's Report and Recommendation ("R& R") (Doc. 10), recommending that Petitioner Mohammed Kamrul-Islam's petition for writ of habeas corpus (Doc. 1), filed pursuant to 28 U.S.C. § 2241, be dismissed without prejudice for the failure to exhaust administrative remedies. (*Id.* at 8.) However, following the filing of Magistrate Judge Schwab's R & R, counsel for Petitioner filed a Suggestion of Mootness with this Court. (Doc. 11). The Suggestion of Mootness states that the Petitioner has been released on an Immigration Court bond and is no longer in Immigration and Customs Enforcement ("ICE") custody, and suggests that the petition, wherein Petitioner sought immediate release from custody, be dismissed as moot.

Accordingly, based on the representation of Petitioner's counsel, because the relief sought by Petitioner is no longer available, **IT IS HEREBY ORDERED** that the petition for writ of habeas corpus (Doc. 1) is **DISMISSED as MOOT**. It is **FURTHER ORDERED** that the Clerk of Courts is directed to **close** this case.

July 7, 2017  
Date

/s/ A. Richard Caputo  
A. Richard Caputo  
United States District Judge